# U.S. Patent #8,402,555: FROST BANK With Zelle

Filing and Trial Chart

| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| The computer program product of claim 15, wherein the membership verification token comprises at least one token selected from a group consisting of a purchase permission, a rental permission, or membership permission coupled to a royalty scheme; wherein the permission is represented by one or more of a letter, number, combination of letters and numbers, phrase, authorization, list, interface button or an instrument of trade for access rights of the encrypted digital media.<br><br>A computer program product for use with a computer, the computer program product comprising a non-transitory computer usable medium having a computer readable program code stored therein for monitoring access to an encrypted digital media, the method facilitating interoperability between a plurality of data processing devices, the computer program product performing the steps of: | The FROST BANK uses the Zelle computer program product capable of associating FROST BANK accounts with a Zelle service account identifier.<br><br>The Zelle Network has the IBM Financial Transaction Manager (FTM) computer program product integrated within.<br><br>The enrolled Zelle Payment Network account comprises a customer membership permission token coupled to a per transaction based pricing model (royalty scheme). The Zelle membership permission is represented by an "enrolment authorization". | Source: https://www.frostbank.com/online-mobile/zelle<br><br>Source: https://www.zellepay.com/partners<br><br>Source: https://www.ibm.com/products/financial-transaction-software<br><br>Having seen the writing on the wall, IBM began collaborating with The Clearing House and the Zelle network to figure out how to help customers manage these changing market dynamics. At Money20/20 this week, IBM announced that it has integrated its Financial Transaction Manager (FTM) software within Zelle's payment network.<br><br>In October, IBM introduced a new pricing model that mitigates the risk of consumption spikes. The model prices payments by transaction, not on the consumption *used by* the transaction. This makes running real-time payments on Z Systems much more economically viable.<br><br>Source: https://web.archive.org/web/20201015020450/https://www.ibm.com/blogs/regtech/transacting-real-time-ibm-launches-new-payment-systems-zelle/ |

| | | |
|---|---|---|
| receiving an encrypted digital media access branding request from at least one communications console of the plurality of data processing devices, the branding request being a read or write request of encrypted digital media, the request comprising a membership verification token provided by a first user, corresponding to the encrypted digital media; | FROST BANK use of the Zelle computer program product is capable of receiving an access request by receiving a membership verification token (email or mobile number) through the FROST BANK communications console (Mobile App). | Zelle Network royalty scheme capability evidence (cont from page 1 evidence) as demonstrated by Zelle's maker and seller Early Warning Services LLC co-owner U.S. Bank.

**FAQs**

< Fees

**Are there any fees to use *Zelle* with an eligible business account at U.S. Bank?**

Yes, there is a fee to receive money to a business account at U.S. Bank. The fee is 2.50% of transaction amount with a $15 maximum fee or a $0.25 minimum fee. There is no fee to send money with *Zelle* and no fee to request money with *Zelle* at U.S. Bank. However, there is a fee for the business account to receive money.

Source: https://www.usbank.com/business-banking/business-services/payment-processing/zelle-for-business-accounts.html#:~:text=The%20fee%20is%202.50%25%20of,with%20Zelle%20at%20U.S.%20Bank.



Source: https://www.frostbank.com/online-mobile/zelle

**Why does the Frost App tell me that I'm already enrolled with *Zelle*?**

Your email address or U.S. mobile phone may already be enrolled with *Zelle* at another bank or credit union. The Frost App will provide you with steps to move your email address or U.S. mobile phone number from the institution where you initially enrolled to your desired bank account at Frost. If you have any questions, we're always here to help. Give us a call 24/7 at (800) 513-7678.

**How do I get started?**

It's easy — *Zelle* is already available within the Frost App and Frost Online Banking. Check our app or sign-in online and follow a few simple steps to enroll with *Zelle* today.

Source: https://www.frostbank.com/online-mobile/zelle/personal-faqs

**IBM Financial Transaction Manager for z/OS V2.0**

- WebSphere Message Broker for z/OS V7.0
- WebSphere MQ for z/OS V7.0.1
- IBM DB2 10 for z/OS 10.1
- WebSphere Application Server for z/OS V7.0
- Business Monitor V7.5 (for the Dashboard server)
- Rational Software Architect V8.0 (for Developer)

Sources: https://web.archive.org/web/20120901035850/https://www-01.ibm.com/common/ssi/ShowDoc.wss?docURL=/common/ssi/rep_ca/3/897/ENUS212-053/index.html&lang=en&request_locale=en | https://web.archive.org/web/20201230154702/https://community.ibm.com/community/user/middleware/viewdocument/advanced-monitoring-asset-for-ibm-i?CommunityKey=77544459-9fda-40da-ae0b-fc8c76f0ce18&tab=librarydocuments |

| | | |
|---|---|---|
| authenticating the membership verification token, the authentication being performed in connection with a token database; | FROST BANK use of the Zelle computer program product is capable of authenticating the membership verification token with a Zelle User ID database. | When trying to enroll with Zelle®, I received a message saying that I was already enrolled. Why?<br><br>A couple of reasons why you may be receiving this message:<br><br>1. Your mobile number or email address is already enrolled with a bank or credit union<br>2. Your mobile number or email address is already enrolled with clearxchange.com<br><br>In order to enroll with a different bank or credit union, or in the *Zelle* app, your mobile number or email address must be removed from where it was initially enrolled. To do so, contact the customer support team of where you initially enrolled and ask to remove your mobile number or email address. If you aren't sure where you initially enrolled, contact *Zelle* customer support at 844-428-8542 or get in touch through our support page at **zellepay.com/support/contact.**<br><br>Source: https://www.zellepay.com/support/when-trying-to-enroll-with-zelle-i-received-message-saying-i-was-already-enrolled<br><br>**Why does the Frost App tell me that I'm already enrolled with *Zelle*?**<br><br>Your email address or U.S. mobile phone may already be enrolled with *Zelle* at another bank or credit union. The Frost App will provide you with steps to move your email address or U.S. mobile phone number from the institution where you initially enrolled to your desired bank account at Frost. If you have any questions, we're always here to help. Give us a call 24/7 at (800) 513-7678.<br><br>Source: https://www.frostbank.com/online-mobile/zelle/personal-faqs |

| | |
|---|---|
| establishing a connection with the at least one communications console wherein the communications console is a combination of a graphic user interface (GUI) and an Applications Programmable Interface (API) protocol wherein the API is related to a verified web service, the verified web service capable of facilitating a two way data exchange to complete a verification process; | FROST BANK use of the Zelle computer program product is capable of establishing an API communication related to the ZELLE RESTful API.<br><br>The FROST BANK communications console (e.g., Mobile App) is a combination of a GUI and an API related to the Zelle Network. |



## Message Brokers

Message brokers are an inter-application communication technology to help build a common integration mechanism to support cloud native, microservices-based, serverless and hybrid cloud architectures.

Source: https://www.ibm.com/cloud/learn/message-brokers

GUI + Zelle RESTful API = at least one Communications Console: https://www.frostbank.com/online-mobile/zelle

## ZELLE RESTful API DOCUMENTATION

| | |
|---|---|
| organization rus. | |
| participantID | A 64-byte string used to uniquely identify a Zelle participant.<br>**NOTE:** This value corresponds to the ID of the Zelle participant in the Zelle Shared Directory. This value may or may not be the same as the partner ID of the Zelle participant. When possible, it is recommended that the participant ID match the partner ID. |
| partnerID | A 20-byte string used to uniquely identify a Zelle participant in FTM.<br>**NOTE:** This value corresponds to the ID of the Zelle participant in the FTM Shared Directory. This value may or may not be the same as the participant ID of the Zelle participant. When possible, it is recommended that the partner ID match the participant ID. |

Source: https://web.archive.org/web/20180214204352/http://www-01.ibm.com/support/docview.wss?uid=swg27050366&aid=1

Consider these things before you use the messaging REST API:

- You must authenticate with the mqweb server in order to use the messaging REST API. You can authenticate by using HTTP basic authentication, client certificate authentication, or token based authentication. For more information about how to use these authentication methods, see IBM MQ Console and REST API security.

Source: https://web.archive.org/web/20201230155931/https://www.ibm.com/support/knowledgecenter/SSFKSJ_9.2.0/com.ibm.mq.dev.doc/q130960_.htm

| | | |
|---|---|---|
| requesting at least one electronic identification reference from the at least one communications console wherein the electronic identification reference comprises a verified web service account identifier of the first user; | FROST BANK use of the Zelle computer program product is capable of requesting and receiving a CXCToken (e.g., an account electronic Identification reference) from the ZELLE Network. | **WEB SERVICES**<br><br>**CREATE (POST)**<br>This service returns the location (URL) of the newly-created CXCToken with an HTTP status of 201 (CREATED) if executed successfully, or one of the HTTP 4xx error codes if an error occurs.<br><br>https://<servername:serverport>/fxh/svc/cxctokens/<br><br>**DESCRIPTION**<br>The CXCToken.Create web service registers a token for a participant present in the FTM database. |
| receiving the at least one electronic identification reference from the at least one communications console; | | To register a new participant token, the FTM web service checks to ensure that the maximum number of active tokens has not been reached and, if not, invokes four web services. First, the web service invokes the Zelle Match Recipient to determine if the token already exists. If the token does not already exist, the CXCToken.Create web service calls the Client Service to refresh the fraud detection data provided from the user interface. Next, a call is made to the fraud application to perform fraud detection, storing the fraud check result in the FTM database. If no fraud is detected, the web service creates a payment profile ID and invokes the Zelle Change Token Status web service. For a new participant token, Zelle creates the payment profile and returns a response to FTM to indicate that the participant token was successfully added. Then, the CXCToken.Create web service updates the payment profile and associated token to the FTM database and returns a response to the user interface to indicate that the participant token was successfully added. FTM then calls the Client Service to notify the participant of successful token registration.<br><br>24<br><br>© Copyright IBM Corp. 2017,2018.<br><br>^Page 24:<br>Source: http://www-01.ibm.com/support/docview.wss?uid=swg27050366&aid=1<br>Wayback: https://web.archive.org/web/20180214204352/http://www-01.ibm.com/support/docview.wss?uid=swg27050366&aid=1<br><br>**CXCTOKEN**<br>A CXCToken entity represents a Zelle token and its associated Zelle payment profile. The base URL for this service is<br><br>https://<servername:serverport>/fxh/svc/cxctokens/<br><br>**ATTRIBUTES**<br><br>**KEY**<br>partnerID : partnerType : participantID : token : paymentProfileID<br><br>^Page 21<br><br>*token*   A 255-byte string that is a normalized value containing either the email address or mobile phone number of a Zelle participant.<br><br>^Page 7, definition of "Token" |

| | |
|---|---|
| and branding metadata of the encrypted digital media by writing the membership verification token and the electronic identification reference into the metadata. | FROST BANK use of the Zelle computer program product is capable of writing (e.g., enroll user to Zelle) to associate the membership verification token (email or mobile number) and the Zelle CXCToken to the Zelle Computer Product metadata. | **How long does it take to receive money with *Zelle*?**<br><br>Money sent with *Zelle* is typically available to an enrolled recipient within minutes[2]. If you send money to someone who isn't enrolled with *Zelle*, they will receive a notification prompting them to enroll. After enrollment, the money will move directly to your recipient's account, typically within minutes[1].<br><br>Source: https://www.frostbank.com/online-mobile/zelle<br><br>**Database**<br>Configuration data<br>Data Model / ISF<br>Transaction data<br>**Process metadata**<br>Audit data<br><br>Source:<br>https://web.archive.org/web/20201224175820/https://www.ibm.com/support/knowledgecenter/SSRH46_4.0.0/fxhovr.html<br><br>The semantic validation processes are defined as actions within the finite state machines and correspond to WebSphere Message Broker subflows where the process is defined. Semantic validation can be driven by the following components:<br><br>▲ Header or footer information within a file<br>▲ Data within the transaction; for example value date, currency<br>▲ Metadata of the transaction; for example originating customer or application<br>▲ Variable-driven or business-facing business rules; for example, by using IBM Operational Decision Manager<br>▲ Network defined rules; for example, SWIFT cross-field validation<br><br>Source:<br>https://web.archive.org/web/20190214141550/http://www.redbooks.ibm.com/redbooks/pdfs/sg248187.pdf |