# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WILLIAM GRECIA,**<br><br>Plaintiff,<br><br>v.<br><br>**CULLEN/FROST BANKERS, INC.,**<br><br>Defendant. | **Civil Action No.: 6:21-cv-00016-ADA**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULTION OF VOLUNTARY DISMISSAL

Plaintiff William Grecia ("Grecia" or "Plaintiff") and Defendant Cullen/Frost Bankers, Inc. ("Frost Bank" or "Defendant") (collectively, the "Parties") hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice.

The parties have reached a settlement resolving all matters in controversy between the parties in the above-referenced action therefore, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice against the Defendant Frost Bank pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: March 2, 2022                                Respectfully submitted,

*/s/   Syed Fareed*

**Syed K. Fareed**
Baker Botts L.L.P.
98 San Jacinto
Suite 1500
Austin, TX 78701
(512) 322-2500
Fax: (512)322-2501
Email: syed.fareed@bakerbotts.com

**ATTORNEYS FOR DEFENDANT**

-2-

*/s/ Artoush Ohanian*
H. Artoush Ohanian
OhanianIP
604 West 13th Street
Austin, TX 78701
Tel.: 512.298.2005
Fax: 512.298.2005
artoush@ohanianip.com

Matthew M. Wawrzyn *(pro hac vice)*
WAWRZYN LLC
200 East Randolph Street, Suite 5100
Chicago, IL 60601
Tel: 312.235.3120
Fax: 312.233.0063
matt@wawrzynlaw.com

**ATTORNEYS FOR PLAINTIFF
WILLIAM GRECIA**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 2, 2022.

*/s/ Artoush Ohanian*
H. Artoush Ohanian
